**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JAMIE BARLOW,

Plaintiff,

Civil No. 01-822 ADM/AJB

v.

**PRETRIAL SCHEDULING ORDER**

DENNIS HECKER d/b/a FOREST LAKE CHRYSLER-PLYMOUTH-DODGE,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by March 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before July 26, 2001.

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before November 15, 2001.

   b. Defendant shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before December 15, 2001.

   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before December 15, 2001.

JUL 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendant's expert witnesses, shall be made on or before January 15, 2002.

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than 5 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by September 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline, March 1, 2002.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephonic conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by May 1, 2002. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on July 1, 2002, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 3 days.

Dated: 7/20/01

Arthur J. Boylan
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500