UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-CV-822 ADM/AJB

Jamie J. Barlow,

Plaintiff,

-vs-

Dennis Hecker d/b/a
Forest Lake Chrysler-Plymouth Dodge,

Defendant.

**STIPULATION TO AMEND PLAINTIFF'S SUMMONS, COMPLAINT, AND JURY TRIAL DEMAND** and ORDER

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney and by Defendant Dennis Hecker d/b/a Forest Lake Chrysler-Plymouth Dodge and its attorneys that the Amended Summons, Amended Complaint with exhibits attached and Amended Jury Trial Demand attached hereto may be filed and served.

**ATTORNEYS FOR PLAINTIFF**

By: ______________ for
THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr. , Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

Dated: 6/11/01

**ATTORNEYS FOR DEFENDANT**

By: ______________
JOHNSON & VANVLIET, LLP
Gregory Johnson
Attorney ID#: 202678
Daniel J. Ryan
Attorney ID#: 250971
332 Minnesota Street, Suite W-975
St. Paul, MN 55101
Telephone: 651-227-2534

Dated: 7/19/01

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-822 ADM/AJB**

Jamie J. Barlow,

Plaintiff,

-vs-

**~~PROPOSED~~ ORDER**

Dennis Hecker d/b/a
Forest Lake Chrysler-Plymouth Dodge,

Defendants.

Based on the above Stipulation to Amend the Complaint filed herewith, this Court hereby orders the Amended Summons, Amended Complaint with exhibits attached and Amended Jury Trial Demand be filed and served upon Defendant within 10 days of this order.

Dated: 7/30/01

Magistrate Judge Arthur J. Boylan
United States District Court



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-822 ADM/AJB**

---

Jamie L. Barlow,

Plaintiff,

-vs- **AMENDED COMPLAINT**

Lake Country Auto Center Inc.,d/b/a
Forest Lake Chrysler-Plymouth Dodge,

Defendant.

---

## PRELIMINARY STATEMENT

1. The Defendant in this case, Lake Country Auto Center Inc., d/b/a Forest Lake Chrysler-Plymouth, contracts and subscribes to a credit reporting agency or agencies in order access credit profiles on prospective customers.
2. As such, he is a "user" of credit information whereby he ascertains information about a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living in establishing the consumer's eligibility for credit.
3. In this same vein, Chrysler Financial Co. LLC , although not a named defendant in this case, is a subscriber to a credit reporting agency or agencies; is a consumer credit furnisher as defined by 15 U.S.C. §1681 *et seq.* of the Fair Credit Reporting Act in that it makes loans transactions to consumers and reports to others on the credit worthiness of consumers; and, is a credit reporting agency in that it furnishes information concerning said consumer transactions to Consumer Reporting Agencies, as defined in §1681a(d) and (f) of the Act.
4. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair

Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* (hereinafter referred to as the "Act"). Plaintiff seeks actual damages, punitive damages, costs and attorney fees.

## JURISDICTION

5. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and supplemental jurisdiction exists for the State Law claims pursuant to 28 U.S.C. §1367.

## PARTIES

6. Plaintiff, Jamie Barlow, is a natural person who resides in the County of Anoka, in the State of Minnesota, and is a "consumer" as defined by 15 U.S.C. § 1681a(c).
7. Defendant Lake Country Auto Center Inc., d/b/a Forest Lake Chrysler-Plymouth, (hereinafter "Forest Lake Chrysler-Plymouth"), is a natural person and citizen of Minnesota whose principal place of business is 321-19th Street, Forest Lake, MN 55025. Lake Country Auto Center is a "person" as defined by 15 U.S.C. §1681a(b).

## FACTUAL ALLEGATIONS

8. On or about February 21, 2001, Jamie Barlow's husband, Gregory M. Barlow, entered Forest Lake Chrysler-Plymouth intent upon leasing a new car.
9. Plaintiff did not accompany her husband nor did she give him any authority over her private information.

10. After Mr. Barlow agreed to lease a year 2001 Dodge Ram truck, the salesperson at Forest Lake Chrysler-Plymouth Dodge, Inc. with Gregory Barlow's permission, accessed Mr. Barlow's credit report.

11. Finding it to be deficient, which thereby rendered Mr. Barlow unable to secure credit at a low APR on his own merits, the salesperson asked Mr. Barlow questions regarding Plaintiff's credit report.

12. Defendant's agent suggested that in order for Mr. Barlow to obtain the truck, it would be necessary for the dealership to access Plaintiff's credit report.

13. In order to do so, the salesperson instructed Plaintiff's husband to forge Jamie Barlow's signature on a credit application.

14. With full knowledge that Plaintiff did not authorize or sign the credit application Defendant illegally accessed Plaintiff's credit profile in violation of 15 USC §1681q

15. Plaintiff, through her attorney, contacted the credit reporting agencies to obtain copies of her credit report. (see attached Exhibit A)

16. Credit reports obtained from CSC Credit Services, Inc. (see attached Exhibit B ) and Trans Union LLC (see attached Exhibit C) show that Plaintiff's credit reports were accessed on February 21, 2001. CSC in Exhibit B shows access by Defendant Forest Lake Chrysler-Plymouth dealership and by Chrysler Financial, an entity that makes loans to consumers purchasing its vehicles and that furnishes information concerning said transactions to Consumer Reporting Agencies. Trans Union in Exhibit C shows Chrysler Financial Co. LLC accessed it once on that date.

17. Plaintiff reiterates that she has never visited Forest Lake Chrysler-Plymouth dealership nor did she apply for credit to purchase or lease a vehicle.

18. Defendant by and through his employee impermissibly and without a legitimate business reason accessed Plaintiff's consumer credit report which includes highly personal and sensitive data.

19. This impermissible access of her credit report is a clear and brazen violation of 15 USC §1681q.

20. This access of Plaintiff's credit report is a clear violation of 15 USC §1681b as there was no firm offer of credit being made to Plaintiff as she had not applied for a car loan hence this consumer report was not obtained for a purpose for which a consumer report is authorized to be furnished.

21. Defendant's illegal intrusion into Plaintiff's private and confidential credit profile/report resulted in frustration, upset, an invasion of privacy and stress in the relationship between Plaintiff and her husband.

22. Plaintiff has suffered out of pocket damages in an attempt to determine how the confidential and private information was gleaned and why it was divulged to others in an amount not less than $500.00.

**CAUSES OF ACTION**

**COUNT I.**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. §1681 et. seq.**

23. Plaintiff incorporates by reference paragraphs 1 through 22 as though fully stated herein.

24. Defendants willfully and maliciously obtained Plaintiff's credit report for impermissible purposes in violation of the Fair Credit Reporting Act §1681q and §1681b.

25. As a result of Defendant's conduct Plaintiff suffered severe emotional distress, humiliation and embarrassment.

26. Defendant's conduct was willful, rendering them liable for punitive damages in an amount to be determined by a jury pursuant to 15 U.S.C. §1681(n) and §1681(o).

27. Plaintiff is entitled to recover costs and attorney fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. §1681(n) and §1681(o).

## COUNT II.

### INVASION OF PRIVACY
### (Intrusion upon Seclusion)

28. Plaintiff incorporates by reference paragraphs 1 through 27 as though fully stated herein.

29. Defendant's intentional and deliberate conduct resulted in an unreasonable intrusion upon Plaintiff's right to a private and confidential credit report and to matters contained therein and thus constitutes an invasion of her privacy.

30. Defendant's conduct caused Plaintiff's out of pocket damages and severe emotional distress, embarrassment and humiliation.

**WHEREFORE**, Plaintiff prays that judgment be entered against the Defendant for:

a) actual damages in an amount greater than $5,000.00 against the Defendant;

b) statutory and punitive damages in an amount greater than $ 25,000 against the Defendant;

c) costs and reasonable attorney fees pursuant 15 U.S.C. §1681;

d) award actual damages for Defendant's invasion of privacy in an amount to be determined at trial; and

e) for such other and further relief as may be just and proper including pre-judgment and post judgment interest. .

Dated this 17th day of June, 2001.

**CONSUMER JUSTICE CENTER P.A.**

By:______________________

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**Co-counsel**
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-822 ADM/AJB**

---

Jamie J. Barlow,

Plaintiff,

-vs-

**AMENDED SUMMONS**

Lake Country Auto Center Inc., d/b/a
Forest Lake Chrysler-Plymouth Dodge,

Defendants.

---

TO: **DEFENDANTS ABOVE NAMED:**

**YOU ARE HEREBY** required to file with the Clerk of this Court and serve upon:

THOMAS J. LYONS, SR.
Attorney Reg. No. 65699
342 East County Road D
Little Canada, Minnesota 55117
(651) 770-9707

an answer to the Complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

____________________
CLERK

____________
DATE

______
BY DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500