**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File: 01-822 ADM/AJB

Jamie J. Barlow,

Plaintiff,

v.

Lake Country Auto Center, Inc.,
d/b/a Forest Lake Chrysler-Plymouth-Dodge,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, that the above-captioned action may be and hereby is dismissed with prejudice on the merits and without costs, disbursements or attorney's fees to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 1/25/02

**CONSUMER JUSTICE CENTER, P. A.**

Thomas J. Lyons, Jr. (#249646)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 779-9707

Dated: 1/29/02

**JOHNSON & VAN VLIET, L. L. P.**

Gregory J. Johnson (#202678)
Attorneys for Defendant
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, MN 55101
(651) 227-2534

FILED FEB - 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing any and all claims in the above-entitled action with prejudice and on the merits but without costs and disbursements to any party.

Dated this 4th day of February, 2002.

BY THE COURT:

Judge of District Court
ANN D. MONTGOMERY